*Messrs. William I. Brobeck* and *Herman Phleger* for respondent.

---

No. 888. MARION B. FRIEDENWALD *v.* HERBERT FRIEDENWALD. March 21, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Harry A. Hegarty* and *Edwin A. Mooers* for petitioner. *Mr. Henry E. Davis* for respondent.

---

No. 893. RED WING MALTING COMPANY *v.* LEVI M. WILLCUTS, COLLECTOR OF INTERNAL REVENUE, ETC. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William H. Oppenheimer* and *Montreville J. Brown* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for respondent.

---

No. 899. ALICE A. BAUCHSPIES *v.* CENTRAL RAILROAD COMPANY OF NEW JERSEY. March 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. Ulysses S. Koons* for petitioner. No appearance for respondent.

---

No. 901. EARL CARROLL *v.* UNITED STATES. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. James M. Beck, Herbert C. Smith, Wilton J. Lambert,* and *R. H. Yeatman* for petitioner. *Solicitor General Mitchell, Assistant to the Attorney General Donovan, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.